UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ANA KLINE, an individual; EMMA LEE NICHOLS, an individual; KORIN ROBERTSON, an individual; and CAROLINE VANSKAIK, an individual;<br><br>        Plaintiffs,<br><br>  v.<br><br>MENTOR WORLDWIDE, LLC; NUSIL, LLC; NUSIL TECHNOLOGY, LLC; and DOES 1-100, inclusive;<br><br>        Defendants. | NO. 2:19-cv-877 WBS KJN<br><br><br>ORDER RELATING CASES |
| ANA KLINE,<br><br>        Plaintiff,<br><br>  v.<br><br>MENTOR WORLDWIDE, LLC; NUSIL, LLC; NUSIL TECHNOLOGY, LLC; and DOES 1-100, inclusive,<br><br>        Defendants. | NO. 2:19-cv-2387 JAM KJN |

1

----oo0oo----

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because both cases involve removal of the same case from state court. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated Kline v. Mentor Worldwide, LLC, No. 2:19-cv-877 WBS KJN, and Kline v. Mentor Worldwide, LLC, No. 2:19-cv-2387 JAM KJN, be, and the same hereby are, deemed related. The case denominated Kline v. Mentor Worldwide, LLC, No. 2:19-cv-2387 JAM KJN, shall be reassigned to the Honorable WILLIAM B. SHUBB. Any dates currently set in the reassigned case only are hereby VACATED. Henceforth, the captions on documents filed in the reassigned case shall be shown as Kline v. Mentor Worldwide, LLC, 19-cv-2387 WBS KJN.

IT IS FURTHER ORDERED that the Clerk of the Court make an appropriate adjustment in the assignment of cases to compensate for this reassignment.

Dated: December 3, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE