**TUCKER ELLIS LLP**
MONEE TAKLA HANNA SBN 259468
monee.hanna@tuckerellis.com
515 S. Flower Street, 42nd Floor
Los Angeles, CA 90071
Telephone: 213.430.3400
Facsimile: 213.430.3409

**TUCKER ELLIS LLP**
DUSTIN B. RAWLIN *pro hac vice*
dustin.rawlin@tuckerellis.com
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216.592.5000
Facsimile: 216.592.5009

Attorneys for Defendant
MENTOR WORLDWIDE LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANA KLINE, | Case No. 2:19-cv-02387-WBS-KJN |
| Plaintiff, | |
| v. | **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS** |
| MENTOR WORLDWIDE, LLC; NUSIL, LLC; NUSIL TECHNOLOGY LLC; and DOES 1–100, inclusive, | |
| | Complaint Filed: May 6, 2019 |
| Defendants. | |

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS

**IT IS HEREBY STIPULATED**, by and through Plaintiff Ana Kline and Defendant Mentor Worldwide LLC's ("Mentor," and collectively with Plaintiff, the "Parties") undersigned attorneys of record that:

1. Mentor's motion to dismiss, which is currently set to be heard on February 24, 2020 at 1:30 p.m., shall be continued to March 9, 2020 at 1:30 p.m., or a later date and time that is convenient for the Court.

2. The purpose for this Stipulation is that Plaintiff's counsel, Lenze Lawyers PLC and the Finson Law Firm, have notified Mentor that they intend shortly to move to withdraw from representation of Plaintiff in this action. Continuing the hearing date will allow the parties time to brief the withdrawal issue—which Mentor intends to oppose—while also providing Plaintiff time to potentially research and interview possible new counsel if Plaintiff's counsel is permitted to withdraw.

DATED: January 23, 2020             TUCKER ELLIS LLP


By: /s/ *Monee Takla Hanna*
    MONEE TAKLA HANNA
    Attorneys for Defendant MENTOR
    WORLDWIDE LLC

DATED: January 23, 2020             LENZE LAWYERS PLC


By: /s/ *Jennifer Lenze (as authorized on Jaunuary 23, 2020)*
    JENNIFER LENZE
    Attorneys for Plaintiff

**ORDER**

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby continues the hearing on Defendant Mentor Worldwide LLC's Motion to dismiss from February 24, 2020 to March 9, 2020 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: January 24, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing.

/s/ *Monee Takla Hanna*
Monee Takla Hanna