# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA KLINE, | Case No. 2:19-cv-02387-WBS-KJN |
| Plaintiff, | Hon. William B. Shubb |
| v. | **ORDER RE JOINT STIPULATION TO CONTINUE HEARING ON MENTOR'S MOTION TO DISMISS** |
| MENTOR WORLDWIDE, LLC; NUSIL, LLC; NUSIL TECHNOLOGY LLC; and DOES 1–100, inclusive, | |
| Defendants | |

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby continues the hearing on Defendant Mentor Worldwide LL's Motion to dismiss from March 23, 2020 to **April 20, 2020 at 1:30 p.m.** in Courtroom 5.  The Scheduling Conference is continued to **June 8, 2020 at 1:30 p.m.**  A joint status report shall be filed no later than **May 26, 2020**.

**IT IS SO ORDERED.**

Dated:  March 12, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE