UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA KLINE,<br><br>    Plaintiff,<br><br>    v.<br><br>MENTOR WORLDWIDE, LLC, et al.,<br><br>    Defendants. | No. 2:19–cv–2387 MCE–KJN PS<br><br><br>ORDER TO SHOW CAUSE<br><br>(ECF No. 34 ) |
| EMMA LEE NICHOLS,<br><br>    Plaintiff,<br><br>    v.<br><br>MENTOR WORLDWIDE, LLC, et al.,<br><br>    Defendants. | No. 2:19–cv–2391–MCE–KJN PS |

    These related product liability cases are based on a common complaint filed in California state court before they were severed and then removed to this court as independent cases. On March 29, 2021, in a consolidated order, the assigned District Judge granted defendants' motions to dismiss all claims by plaintiffs Kline and Nichols, with leave to amend. (No. 2:19-cv-2387, ECF No. 39; No. 2:19-cv-2391, ECF No. 34.) Both plaintiffs were originally represented by

counsel, but after briefing concluded on the motions to dismiss the court granted their attorneys permission to withdraw. (No. 2:19-cv-2387, ECF No. 40; No. 2:19-cv-2391, ECF No. 31.) Because plaintiffs are now representing themselves, each action is referred to the undersigned for all pretrial proceedings pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). (See No. 2:19-cv-2387, ECF No. 42; No. 2:19-cv-2391, ECF No. 36.)

The court's March 29, 2021 order of dismissal gave plaintiffs twenty (20) days to file a First Amended Complaint addressing the deficiencies identified, and it cautioned that failure to timely amend would result in dismissal of the action with prejudice and without further notice. (No. 2:19-cv-2387, ECF No. 39 at 14; No. 2:19-cv-2391, ECF No. 34 at 14.) That deadline has now passed, and the court has not received an amended complaint in either case.

The court would be justified in recommending dismissal forthwith due to this failure. Nevertheless, in light of plaintiffs' recent loss of representation, and the court's desire to resolve the action on the merits, the court first attempts lesser sanctions by issuing this order to show cause.

Accordingly, IT IS ORDERED that:

1. Within 14 days of the date of this order, plaintiffs shall show cause in writing why their respective actions should not be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) based on plaintiffs' failure to continue to prosecute their cases;

2. Within 14 days of the date of this order, each plaintiff shall file in her respective case a First Amended Complaint, or a notice of voluntary dismissal, see Fed. R. Civ. P. 41(a);

3. A plaintiff's failure to timely comply with the terms of this order will result in a recommendation that her action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b); and

///

///

///

4. The Clerk of Court shall serve a copy of the court's March 29, 2021 order (No. 2:19-cv-2387, ECF No. 39; No. 2:19-cv-2391, ECF No. 34) on each plaintiff along with this order.

Dated: May 5, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ment.2387 & 2391